## EATON v. THE STATE.

ATKINSON, Presiding Justice. This case is controlled by the rulings in *Teague* v. *State, ante.*

*Judgment affirmed. All the Justices concur, except Duckworth, C.J., and Almand, J., who dissent upon the ground pointed out in the dissent in Andrews v. State, 196 Ga. 84 (5), and Head, J., who dissents.*

No. 17593. SUBMITTED SEPTEMBER 11, 1951—DECIDED OCTOBER 9, 1951—REHEARING DENIED NOVEMBER 16, 1951.

*Wood & Tallant, Phil M. Landrum, H. G. Vandiviere,* and *H. L. Buffington Jr.,* for plaintiff in error.

*Eugene Cook, Attorney-General, James T. Manning, Solicitor-General, J. R. Parham, Assistant Attorney-General,* and *William A. Ingram,* contra.